UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| BETTY ANN DUKE, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>ADVANCED ACCOUNT MANAGEMENT, )<br>)<br>Defendant. ) | 1:05-cv-1590-RLY-WTL |

# E N T R Y

The plaintiff's motion to strike the defendant's answer is **denied**. The reason for this ruling is that the court is not persuaded that the defendant acted as a corporation in relation to the events alleged in the complaint, and hence that it would be obligated to appear through counsel in this action. However, if it is determined that the defendant has a corporate identity and did so act, then that representation will be required.

**IT IS SO ORDERED**.

Date: 02/02/2006

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Kelvin Drawdy, ADVANCED ACCOUNT MANAGEMENT, 139 Woodfield Drive,
  Macon, GA 31210
Steven James Halbert, shalbertlaw@aol.com
David J. Philipps, GOMOLINSKI & PHILIPPS LTD, davephilipps@aol.com
Mary E. Philipps, GOMOLINSKI & PHILIPPS, LTD, mephilipps@aol.com